Michael H. Bloom, OSB# 815106
bloompc@easystreet.net
MICHAEL H. BLOOM, P.C.
One Centerpointe Drive, Ste. 570
Lake Oswego, Oregon 97035
Telephone:  (503) 223-2608
Facsimile: (503) 670-7683
 Attorney for Michael A. Cox

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRIAN METKE | Case No.: 3:12-cv-00384-MC |
| Plaintiff, | |
| v. | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-18; RECONTRUST COMPANY, N.A.; and BANK OF AMERICA, N.A. | ORDER RE MOTION FOR ATTORNEY FEES |
| Defendants. | |

This matter having come before the court on Attorney Michael A. Cox's

Motion for Attorney Fees, and the court having received no objection to the

Page 1 - ORDER RE MOTION FOR ATTORNEY FEES

motion,

**IT IS HEREBY ORDERED** that:

Attorney Michael A. Cox's Motion for Attorney Fees is hereby GRANTED. Attorney Michael H. Bloom shall be paid $6,412.50 from the funds on deposit with the court pursuant to the Order to Deposit Funds (Dkt. #101), dated July 26, 2016. This payment shall be made in accordance with an Order to Withdraw Funds and Disburse in a form that is approved by the Clerk of the Court or her designee.

Dated: 10/27/2016

_____
United State District Judge